(78 South. 461)

## REESE v. STATE. (6 Div. 461.)

(Court of Appeals of Alabama. April 2, 1918.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Patterson Reese was convicted of carrying concealed weapons, and he appeals. Affirmed.

Pinkney Scott, of Bessemer, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. The judgment of conviction in the lower court is affirmed on the authority of Patterson Reese v. State, ante, p. 430, 78 South. 460.

Affirmed.